IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | NO. 3:24-00231 |
| v. | ) | |
| | ) | 18 U.S.C. § 922(g)(1) |
| CALVIN WESLEY KINZER JR. | ) | 18 U.S.C. § 924 |

FILED
U.S. DISTRICT COURT
MIDDLE DISTRICT OF TENN.

DEC 18 2024

DEPUTY CLERK

# INDICTMENT

### COUNT ONE

THE GRAND JURY CHARGES:

On or about May 28, 2024, in the Middle District of Tennessee, the defendant, **CALVIN WESLEY KINZER JR.**, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed, in and affecting commerce, a firearm, to wit: a Taurus, model G2C, 9mm caliber pistol.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924.

A TRUE BILL

▮▮▮▮▮▮▮▮▮▮

FOREPERSON

THOMAS J. JAWORSKI
ACTING UNITED STATES ATTORNEY

*[signature]*

HERBERT L. BUNTON III
ASSISTANT UNITED STATES ATTORNEY